# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 27, 2007

132483

AMERICAN FAMILY INSURANCE GROUP,
      Plaintiff-Appellant,

v

CITY OF DETROIT,
      Defendant-Appellee.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 132483
COA: 271153
Wayne CC: 06-600143-AA

On order of the Court, the application for leave to appeal the October 6, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 27, 2007

*Corbin R. Davis*
Clerk

p0220